Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CWA LOCAL 1180 MEMBERS' ANNUITY FUND AND CWA LOCAL 1180 ADMINISTRATIVE BENEFITS FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants. | NO. 2:22-cv-00907-BJR<br><br>NOTICE OF VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), Plaintiffs CWA Local 1180 Members' Annuity Fund and CWA Local 1180 Administrative Benefits Fund voluntarily dismiss this action without prejudice.

\\\

\\\

\\\

NOTICE OF VOLUNTARY DISMISSAL - 1
2:22-cv-00907-BJR

DATED this 30th day of June, 2022.

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Kim D. Stephens*
Kim D. Stephens, P.S., WSBA #11984
By: */s/ Cecily C. Jordan*
Cecily C. Jordan, WSBA # 50061
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206-682-5600
Fax: 206-682-2992
kstephens@tousley.com
cjordan@tousley.com


**BARRACK, RODOS & BACINE**
STEPHEN R. BASSER (Admitted *Pro Hac Vice*)
SAMUEL M. WARD (Admitted *Pro Hac Vice*)
600 West Broadway, Suite 900
San Diego, CA  92101
Email: sbasser@barrack.com
         sward@barrack.com
Telephone:  (619) 230-0800
Facsimile:   (619) 230-1874

- and -

**BARRACK, RODOS & BACINE**
JEFFREY A. BARRACK (Admitted *Pro Hac Vice*)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
E-mail:  jbarrack@barrack.com
Telephone:  (215) 963-0600
Facsimile:   (215) 963-0838

*Counsel for the CWA Local 1180 Members' Annuity Fund and CWA Local 1180 Administrative Benefits Fund, and Proposed Lead Counsel for the Class*

NOTICE OF VOLUNTARY DISMISSAL - 2
2:22-cv-00907-BJR

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992